IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LUMEN VECTOR LLC,

　　　　*Plaintiff,*

　　v.

ACCUVEIN INC.,

　　　　*Defendant.*

C.A. No. _____

JURY TRIAL DEMANDED

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Lumen Vector LLC ("Lumen Vector" or "Plaintiff"), by and through its attorneys, brings this action and makes the following allegations of patent infringement relating to U.S. Patent No. 8,364,246 (the "'246 patent" or the "patent-in-suit"). Defendant AccuVein Inc. ("AccuVein" or "Defendant") infringes the patent-in-suit in violation of the patent laws of the United States of America, 35 U.S.C. § 1 et seq., including 35 U.S.C. § 271.

## THE PARTIES

1.　　Lumen Vector LLC is a Texas limited liability company having its principal place of business at 5000 Plaza on the Lake, Suite 100, Austin, Texas 78746.

2.　　Upon information and belief, AccuVein Inc. is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business at 3243 Route 112, Building 1, Suite 2, Medford, New York 11763. AccuVein's registered agent for service of process in Delaware is Corporation Service Company, 251 Little Falls Drive, Wilmington, Delaware 19808.

1

## NATURE OF THE ACTION, JURISDICTION, AND VENUE

3.     This action arises under the patent laws of the United States, Title 35 of the United States Code, including 35 U.S.C. § 271.

4.     This Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338(a).

5.     This Court has personal jurisdiction over AccuVein because AccuVein is incorporated under the laws of the State of Delaware. AccuVein has also committed, and continues to commit, acts of patent infringement in this District and throughout the United States by, among other things, making, using, selling, offering to sell, and/or importing products that infringe the '246 patent.

6.     Venue is proper in this District under 28 U.S.C. § 1400(b) because AccuVein is incorporated under the laws of the State of Delaware and therefore resides in this District.

## THE INVENTOR

7.     The inventor of the '246 patent is Dr. Jonathan S. Thierman. Dr. Thierman is a physician, engineer, and medical-device inventor whose work has focused on applying biomedical engineering, medical imaging, informatics, and practical clinical experience to improve patient care.

8.     Dr. Thierman earned a Ph.D. from the Massachusetts Institute of Technology through the Harvard-MIT Health Sciences and Technology Program, with work in mechanical and biomedical engineering. He later earned his M.D. from Harvard Medical School and completed emergency-medicine residency training at The Johns Hopkins Hospital.

9.     Before inventing the technology claimed in the '246 patent, Dr. Thierman had already worked at the intersection of engineering and clinical medicine. As a graduate student in the Harvard-MIT Health Sciences and Technology Program, Dr. Thierman worked on medical-device technology designed to improve a surgeon's sense of touch during laparoscopic procedures.

10.     Dr. Thierman's work has also included medical imaging and emergency ultrasound. He authored a chapter on ultrasound evaluation of peritoneal fluid in *Handbook of Critical Care and Emergency Ultrasound*, addressing bedside ultrasound evaluation and imaging techniques used in emergency and trauma settings.

11.     Dr. Thierman is also the named inventor on other medical-device technology, including U.S. Patent No. 6,790,184, entitled "Device for Medical Percussion," which issued in 2004 and was assigned to Sure-Shot Medical Device, Inc.

12.     After inventing the technology claimed in the '246 patent, Dr. Thierman continued to work at the intersection of medicine and technology. He has served as Chief Medical Information Officer for LifeBridge Health, where he helped lead health-information-technology initiatives across hospitals and community practices and helped establish LifeBridge Health's Virtual Hospital.

13.     Dr. Thierman has also served as President and Chief Executive of ExpressCare Urgent Care Centers and Children's Urgent Care Centers, a LifeBridge Health partner. Dr. Thierman's clinical, engineering, medical-device, and health-technology experience is reflected in the practical problems addressed by the '246 patent.

### THE PATENT-IN-SUIT - U.S. PATENT NO. 8,364,246

14.     On January 29, 2013, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 8,364,246, entitled "Compact Feature Location and Display

System," to inventor Dr. Jonathan S. Thierman. The application that matured into the '246 patent was filed on September 13, 2007. A true and correct copy of the '246 patent is attached as Exhibit A.

15.     The '246 patent generally concerns compact systems and methods for imaging and displaying features of a region of interest, including features located beneath the surface of an object or tissue. The patent explains that locating vessels and other subsurface features can be important in clinical settings, including for procedures involving the vascular system.

16.     The '246 patent describes optical systems that use an imaging portion and a display portion. In described embodiments, an imaging light source provides an imaging beam that interacts with an underlying feature in a region of interest. A returned portion of the imaging light is detected by a detector, which provides an output signal that can be used to control a display light source. The display light source can then project an image corresponding to the detected feature onto the surface of the region of interest.

17.     The '246 patent further describes embodiments in which imaging and display beams are scanned across a region of interest using optical components such as mirrors, scanners, lenses, filters, reflectors, collectors, and related optical elements. The specification explains that such systems can be implemented in compact and portable forms, including handheld devices for clinical use.

18.     Figure 1 of the '246 patent, reproduced below, illustrates an exemplary vascular location and projection system in which an imaging beam, display beam, rotating mirrors, detector, and feedback path are used to detect returned imaging light and display an image corresponding to the detected feature.

4



FIG. 1

19.     Figure 6 of the '246 patent, reproduced below, illustrates another exemplary embodiment of an optical system for detecting and displaying a vessel or other feature of interest within a region of interest.



FIG. 6

## ACCUVEIN AND THE ACCUSED PRODUCTS

20.     AccuVein develops and sells vein-visualization systems for use by healthcare professionals in locating and assessing superficial vasculature. AccuVein describes its technology as near-infrared vein-visualization technology that allows clinicians to view veins, valves, bifurcations, and related blood patterns below the surface of the skin.

21.     The accused AccuVein products include at least the AccuVein AV400 and AccuVein AV500 handheld vein-visualization systems. AccuVein markets these products for use by healthcare professionals to locate and assess superficial vasculature by detecting subsurface veins and projecting corresponding vein information onto the patient's skin.

22.     AccuVein's public materials describe the AV400 as using two scanned lasers: an invisible infrared laser and a visible red laser. AccuVein explains that the AV400 scans those lasers across the body, detects changes in infrared reflection caused by hemoglobin absorption, uses a custom detection system to determine vein location, and digitally re-projects the vein pattern in real time using the visible red laser.

23.     AccuVein's public materials describe the AV500 as a near-infrared laser-based vein-visualization device that displays a real-time image of veins onto the surface of the skin through a visible green projection. AccuVein further describes the AV500 as using high-speed near-infrared laser technology for quick scanning, rapid image refresh, and reduced lag or image distortion.

24.     AccuVein's own public materials and patent markings further support Lumen Vector's allegation that the Accused Products use a scanned optical engine with infrared or near-infrared imaging light, visible laser projection, detector feedback, and optical receiver/collector components. For example, AccuVein has publicly identified the AV400 technology as covered by

AccuVein patents, including U.S. Patent No. 8,463,364, which describes AccuVein vein-scanner technology using scanned infrared and visible laser beams, photodiode detection, and optical receiver components. AccuVein's related vein-scanner patent disclosures further describe receiver arrangements in which a detector field of view is limited and moves synchronously with a scanned laser spot or path.

25. Upon information and belief, the Accused Products use these components to detect returned infrared or near-infrared light from a scanned region of interest and to control a visible projection corresponding to the detected subsurface veins.

26. Upon information and belief, the Accused Products are not merely passive illumination devices. Rather, the Accused Products use active optical detection and projection systems that detect subsurface vein information and project corresponding visible vein images onto the patient's skin.

**<u>COUNT I</u>**
**<u>INFRINGEMENT OF U.S. PATENT NO. 8,364,246</u>**

27. Lumen Vector incorporates by reference each of the preceding paragraphs as if fully set forth herein.

28. The '246 patent is valid and enforceable and enjoys a statutory presumption of validity under 35 U.S.C. § 282.

29. Lumen Vector is the owner and assignee of all rights, title, and interest in the '246 patent, including the rights to grant licenses, to exclude others, and to recover past, present, and future damages for infringement of that patent. The marking requirements of 35 U.S.C. § 287(a) do not limit Lumen Vector's damages because neither Lumen Vector nor, upon information and belief, any predecessor-in-interest or licensee has made, offered for sale, sold, or imported any patented article practicing the '246 patent during the relevant damages period.

7

30.     Upon information and belief, AccuVein designs, makes, uses, sells, offers to sell, imports, distributes, markets, and/or provides in the United States AccuVein vein visualization products and systems, including at least the AccuVein AV400 and AccuVein AV500 handheld vein visualization systems, and related components, software, firmware, optical assemblies, scan engines, accessories, and substantially similar versions thereof (collectively, the "Accused Products").

31.     The Accused Products are imaging systems for imaging a region of interest on a patient's body and displaying information corresponding to subsurface vasculature in that region. For example, the AccuVein AV400 and AV500 are handheld vein-visualization systems that use infrared or near-infrared light to detect superficial veins beneath the skin and project a visible image or position of the detected veins onto the skin surface.

32.     The Accused Products include an imaging light source that provides an incident imaging beam in an infrared or near-infrared range of the electromagnetic spectrum. AccuVein describes the AV400 as using an invisible infrared laser that is scanned across the body while the system watches infrared reflection. AccuVein explains that hemoglobin absorbs infrared light, causing a reduction in the amount of infrared light reflected from veins, and that a custom detection system uses this change in reflection to determine vein location. AccuVein likewise describes the AV500 as using infrared light to detect veins beneath the skin and projecting the position of the veins onto the skin surface directly above the veins. The Accused Products therefore use incident infrared or near-infrared imaging light that interacts with subsurface veins and produces returned infrared or near-infrared light from the scanned region of interest. *See, e.g.,*

8

**How Does The AV400 Detect Veins?**

The AV400 uses two, safe, barcode-scanner class lasers. One is invisible infrared and the other is visible red. It scans them quickly across the body and watches the infrared reflection. Since hemoglobin absorbs infrared light, there is a reduction in the amount of infrared light reflected from the veins. A custom detection system uses this change in reflection to determine vein location. It then digitally re-projects the vein pattern, in real time, using the red laser to make the vein pattern visible to the clinician.

https://www.accuvein.com/assets/707-00002B-AV400-Product-FAQ.pdf

33.    The Accused Products include one or more detectors that detect returned infrared or near-infrared light from the scanned region of interest and generate output signals corresponding to the detected returned light. AccuVein describes the AV400 as watching infrared reflection and using a custom detection system to determine vein location based on changes in reflected infrared light. Upon information and belief, the Accused Products use photodiodes, photodetectors, or similar optical detector components to detect the magnitude, intensity, power, or another characteristic of returned infrared or near-infrared light from the patient's skin and tissue and to generate corresponding detector output signals used by the Accused Products to determine vein location.

34.    The Accused Products include a display light source that provides a visible display beam and projects vein information onto the patient's skin. For example, AccuVein describes the AV400 as using a visible red laser to digitally re-project the detected vein pattern in real time. AccuVein likewise describes the AV500 as projecting the position of detected veins onto the skin surface directly above the veins using a visible green projection. Upon information and belief, the Accused Products include controller circuitry, software, and/or firmware that receives detector

9

output corresponding to returned infrared or near-infrared light and controls the visible display beam to project an image or position corresponding to the detected subsurface veins.

35.    The Accused Products include a scanner that spatially scans the imaging and display beams across the region of interest. AccuVein describes the AV400 as scanning its infrared and red lasers quickly across the body, and its public materials further state that the AV400 uses moving mirrors to create its projection. AccuVein's AV500 likewise uses a scanned-laser architecture. Public technical materials describe the AV500 as using MEMS mirrors to create an 80 Hz raster scan, with infrared and green lasers coaxially aligned and scanned so that the device captures an infrared image of veins beneath the skin and simultaneously re-projects a green, contrast-enhanced vein map. Thus, the Accused Products include scanners and scan engines that scan the infrared or near-infrared imaging beam and the visible display beam across the patient's skin. *See, e.g.,*



https://epic-photonics.com/wp-content/uploads/2021/10/AccuVein.pdf

36.    Upon information and belief, the Accused Products include optical assemblies and scan engines configured to redirect the infrared or near-infrared imaging beam, the visible display beam, and returned infrared or near-infrared imaging light. AccuVein's public materials describe the AV400 as scanning both infrared and visible red lasers across the body, and public technical materials describe the AV500 as using a scan engine with MEMS mirrors and coaxially aligned infrared and green lasers. Upon information and belief, the Accused Products use optical components, including mirrors, lenses, filters, beam-combining optics, receiver optics, and related scan-engine components, to direct outgoing imaging and display light onto the region of interest and to direct returned imaging light from the patient's skin and tissue to detector components used to generate the vein-location signal.

37.    Upon information and belief, the Accused Products include optical receiver and light-collector components disposed and designed to collect only a selected portion of returned infrared or near-infrared imaging light from the patient's skin and tissue. The selected portion is returned substantially along a direction substantially co-linear with the incident infrared or near-infrared imaging beam. AccuVein's public materials, patent markings, and related patent disclosures support this allegation. For example, AccuVein has publicly identified AV400 technology as covered by U.S. Patent No. 8,463,364. The '364 patent describes AccuVein vein-scanner technology using scanned infrared and visible laser beams, photodiode detection, and optical receiver components, including receiver optics in which photodiode fields of view are reduced or limited and move synchronously with a scanned laser spot or path so that photodiodes collect reflected light from the scanned spot or path while limiting light from other portions of the target. AccuVein's related U.S. Patent No. 12,318,219 likewise describes a vein-imaging apparatus in which a scanner directs received image light at the imaging wavelength toward an optical

detector, and a lens limits the detector field of view to a portion of the target surface, with the limited field of view moving synchronously with the scanned laser spot. *See, e.g.,*

> The technology in the AV400 is covered by the following patents: US 8,073,531; US 7,904,138; US 8,150,500; US 7,983,738; US 8,244,333; US 8,255,040; US 8,295,904; US 8,328,368; US 8,380,291; US 8,391,960; US 8,478,386; US 8,463,364; US 8,489,178; EP 1981395B1; Mexico 0357588. Other US and international patents pending. Visit www.accuvein.com for the most current information.

https://learn.accuvein.com/wp-content/uploads/2017/05/ACU0004962D_web.pdf

38.     Upon information and belief, AccuVein has directly infringed and continues to directly infringe the '246 patent by, among other things, making, using, testing, selling, offering to sell, importing, distributing, marketing, and/or providing in the United States the Accused Products during the term of the '246 patent.

39.     Upon information and belief, by making, using, testing, selling, offering to sell, importing, distributing, marketing, and/or providing the Accused Products, AccuVein has injured Lumen Vector and is liable to Lumen Vector for directly infringing one or more claims of the '246 patent, including at least claim 1, either literally or under the doctrine of equivalents, pursuant to 35 U.S.C. § 271(a). The Accused Products meet each and every limitation of at least claim 1, either literally or equivalently, as alleged herein.

40.     Upon information and belief, AccuVein also indirectly infringes and continues to indirectly infringe the '246 patent by actively inducing infringement under 35 U.S.C. § 271(b).

41.     Upon information and belief, AccuVein has had knowledge of the '246 patent since at least before the filing of this action, when AccuVein received correspondence identifying the '246 patent, identifying AccuVein's AV400 and AV500 vein-visualization systems, and notifying

12

AccuVein that those systems infringe at least claim 1 of the '246 patent. AccuVein has also had knowledge of the '246 patent and its infringement no later than the filing and service of this Complaint.

42.    Upon information and belief, AccuVein intended to cause and has caused infringement by third-party customers and end users of the Accused Products and knew or was willfully blind to that result, including at least after receiving notice of the '246 patent. AccuVein publishes and provides manuals, instructions, product materials, training materials, videos, demonstrations, customer support, and technical support instructing customers and end users, including hospitals, clinics, healthcare providers, and other medical personnel, to use the Accused Products in an infringing manner. For example, AccuVein instructs customers and end users to position and use the AV400 and AV500 over a patient's skin or target vein region, use the devices to detect veins beneath the skin using infrared or near-infrared light, view the projected vein image or vein position on the patient's skin, and use that projected vein information to locate suitable veins and assist with venipuncture, IV placement, and related vascular-access procedures.

43.    Upon information and belief, AccuVein's instructions, manuals, training materials, videos, demonstrations, customer support, and technical support direct and encourage customers and end users to use the Accused Products to detect subsurface veins using infrared or near-infrared light and to project a visible image or position of the detected veins onto the patient's skin. Those instructed uses constitute direct infringement by AccuVein's customers and end users of one or more claims of the '246 patent, including at least claim 1, either literally or under the doctrine of equivalents. By providing these instructions, training, support, and related materials, AccuVein specifically encouraged and intended customers and end users to use the Accused Products in an infringing manner.

13

44.     After receiving notice of the '246 patent and its infringement, AccuVein continued to make, use, test, sell, offer to sell, import, distribute, market, provide, and support the Accused Products and continued to publish and circulate instructions, manuals, product materials, training materials, videos, demonstrations, and technical support encouraging infringing use of the Accused Products.

45.     Despite having notice of the '246 patent and its infringement, AccuVein has continued to make, use, test, sell, offer to sell, import, distribute, market, provide, and support the Accused Products in a manner that infringes the '246 patent. AccuVein's conduct has been and continues to be willful, and Lumen Vector is therefore entitled to enhanced damages under 35 U.S.C. § 284.

46.     As a result of AccuVein's infringement of the '246 patent, Lumen Vector has suffered monetary damages and seeks no less than a reasonable royalty for AccuVein's use of the patented invention, together with pre-judgment and post-judgment interest and costs as fixed by the Court.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Lumen Vector LLC respectfully requests that this Court enter judgment in its favor and against AccuVein as follows:

1.  A judgment that AccuVein has infringed the '246 patent, either literally or under the doctrine of equivalents;

2.  A judgment that AccuVein's infringement of the '246 patent has been willful;

3.  An award of damages resulting from AccuVein's acts of infringement in accordance with 35 U.S.C. § 284;

4.  A judgment that this case is exceptional under 35 U.S.C. § 285 and awarding Lumen Vector

its reasonable attorneys' fees, costs, and expenses incurred in this action;

5. A judgment and order requiring AccuVein to provide an accounting and to pay supplemental damages, including, without limitation, pre-judgment and post-judgment interest; and

6. Such other and further relief as the Court deems just and proper.

**JURY TRIAL DEMANDED**

Pursuant to Federal Rule of Civil Procedure 38(b), Lumen Vector requests a trial by jury of all issues so triable by right.

Dated:  June 15, 2026                                          Respectfully submitted,


OF COUNSEL:                                          **FARNAN LLP**

Bradford J. Black                              By:    */s/ Brian E. Farnan*
California Bar No. 252031                          Brian E. Farnan (Bar No. 4089)
**BRADFORD BLACK P.C.**                           Michael J. Farnan (Bar No. 5165)
1 Embarcadero Center, Suite 1200                  919 North Market Street, 12th Floor
San Francisco, CA 94111                           Wilmington, Delaware 19801
Telephone: (415) 813-6211                         Telephone: (302) 777-0300
Facsimile: (415) 813-6222                         Facsimile: (302) 777-0301
bblack@bradfordblack.com                          bfarnan@farnanlaw.com
                                                  mfarnan@farnanlaw.com

                                                  **ATTORNEYS FOR PLAINTIFF**
                                                  **LUMEN VECTOR LLC**

15
